# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

ST CHARLES MERICE,

    Plaintiff,

Case No.

vs.

WELLS FARGO BANK, N.A.
&
NATIONSTAR MORTGAGE, LLC
    Defendant.
_____/

## COMPLAINT

**COME NOW,** the Plaintiff, ST CHARLES MERICE, by and through undersigned counsel, and brings this action against the Defendant, WELLS FARGO BANK, N.A., and as grounds thereof would allege as follows:

## INTRODUCTION

1. This is an action brought by a consumer for Defendant's violation of the Real Estate Settlement Procedures Act, 12 U.S.C §§ 2601, *et seq.* ("RESPA"), and its implementing regulations.

2. The Consumer Financial Protection Bureau ("CFPB") is the primary regulatory agency authorized by Congress to supervise and enforce compliance of RESPA. The CFPB periodically issues and amends mortgage servicing rules under Regulation X, 12 C.F.R. § 1024, RESPA's implementing regulations.

3. Specifically, Plaintiffs seek the remedies as provided in RESPA for Defendant's failure to comply with Section 2605(k) of RESPA and Section 1024.41 of Regulation X.

4. WELLS FARGO has engaged in "dual tracking", a technique whereby WELLS FARGO moved forward with a sale of Plaintiffs' home through a foreclosure proceeding after approving Plaintiff for a loan modification and accepting four monthly payments over the course of approximately 4 months.

5. WELLS FARGO provided Plaintiffs with false hope and deceived Plaintiffs into making 4 monthly mortgage payments while simultaneously continuing to prosecute the foreclosure case and ultimately foreclosing on the Plaintiff's home.

6. WELLS FARGOhas failed to act diligently and in good-faith by offering loan modification agreements to borrowers; accepting payments toward that modification; and subsequently allowing the property to be foreclosed at auction.

## JURISDICTION

7. Jurisdiction of this Court arises under 28 U.S.C. § 1331 because the Complaint alleges a federal claim and requires the resolution of substantial questions of federal law.

8. Moreover, this case is a civil action arising under the laws of the United States over which this Court has original jurisdiction under 28 U.S.C. § 1331.

9. Venue in this District is proper because Plaintiff resides in PALM BEACH County, Florida, and this is the District where a "substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b)(2).

## PARTIES

10. At all times material hereto, Defendant, WELLS FARGO BANK, N.A. (hereinafter referred to as "Wells Fargo") was and is a foreign limited liability corporation, incorporated under the laws of the State of California; duly licensed to transact business in the State of Florida, and lists its registered agent as Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

11. At all times material hereto, Defendant, NATIONSTAR was and is a foreign corporation, incorporated under the laws of the State of Delaware; duly licensed to transact business in the State of Florida, has a principal address of 350 Highland

Drive, Lewisville, TX 75067, and lists its registered agent as Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525.

12. At all times material hereto, Plaintiff, St. Charles Merice, was and is a resident of Palm Beach County, Florida, and owns a home in Palm Beach County.

13. Wells Fargo is the named plaintiff in the underlying foreclosure case in Palm Beach County referenced at case # 502012CA008420XXXXMB and is acting as Trustee for the loan's owner/investor, Banc of America Mortgage Securities, Inc. Alternative Loantrust 2006-8, Mortgage Pass-Through Certificates, Series 2006-8.

14. At some point in time prior to the violations alleged herein, NationStar Mortgage, LLC was hired to service the subject loan.

15. At all times material hereto, Wells Fargo & Nationstar., are and were loan servicers as the term is defined in 12 U.S.C. § 2605(i)(2) and 12 C.F.R. § 1024.2(b), that services the loan obligation owned by WELLS FARGO and/or Nationstar and secured by a mortgage upon Plaintiff's primary residence and principal dwelling, located at 301 SW 5th Lane, Boynton Beach, FL 33435.

## FACTUAL ALLEGATIONS

16. On August 14, 2014, a final judgment of foreclosure was entered in Palm Beach County Case # 502012CA008420XXXXMB (the foreclosure case relating to Plaintiff's home).

17. Pursuant to that final judgment, a sale date was scheduled for December 12, 2015.

18. Plaintiff applied for a loan modification to Nationstar on or about September 18, 2014.

19. Plaintiff was approved for a loan modification on December 5, 2014. The approval required Plaintiff to make payments in the amount of $1,896.65 to Nationstar commencing on January 1, 2015. A copy of the approval is attached as Exhibit "A".

20. Plaintiff made 4 (FOUR) adequate and timely payments via wire transfer to Nationstar pursuant to the loan modification agreement. Proofs of these completed transfers are attached as Exhibit "B".

21. As of the filing of this complaint, the last payment was transferred to Nationstar on

April 13, 2015.

22. Despite the modification offer; acceptance; and the 4 payments totaling $7,586.60, Wells Fargo allowed the foreclosure sale to take place on December 12, 2015.

23. Wells Fargo (acting as Trustee on behalf of Banc of America Mortgage Securities, Inc. Alternative Loantrust 2006-8, Mortgage Pass-Through Certificates, Series 2006-8) purchased the property at foreclosure auction for $600.

24. Defendants have taken no action to correct the problem or otherwise mitigate the damages they caused even though it is within their power to vacate the certificate of title; vacate the certificate of sale, vacate the final judgment; and dismiss the foreclosure case.

25. In fact, the only action that Wells Fargo has taken subsequent to the foreclosure sale has been to send a Notice to Vacate and file a Motion for Writ of Possession, in a hurried attempt to throw Plaintiffs out of their home. A copy of the Notice is attached as Exhibit "C".

26. As a result Defendants have violated Section 1024.41 and in doing so will displace Plaintiff from the family homestead despite having entered in to an agreement modifying the underlying mortgage and paid Defendants 4 monthly payments totaling $7,586.60.

## COUNT # 1 – VIOLATION OF 12 U.S.C. § 2605(k)

27. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 24.
28. Section 6, Subsection (k) of RESPA states in relevant part:

**(k) Servicer prohibitions**
**(1) In general**
A servicer of a federally related mortgage shall not-- …
**(C)** fail to take timely action to respond to a borrower's requests to correct errors relating to allocation of payments, final balances for purposes of paying off the loan, or avoiding foreclosure, or other standard servicer's duties;

**(E)** fail to comply with any other obligation found by the [CFPB], by regulation, to be appropriate to carry out the consumer protection purposes of this chapter.

12 U.S.C. § 2605(k)(emphasis added)

29. Sections 1024.41 of Regulation X was promulgated pursuant to Section 6 of RESPA and thus subject to RESPA's private right of action. *See 78 Fed. Reg. 10696*, 10714, fn. 64 (Feb. 14, 2013)("The [CFPB] notes that regulations established pursuant to section 6 of RESPA are subject to section 6(f) of RESPA, which provides borrowers a private right of action to enforce such regulations"). *See also 78 Fed. Reg.* at 10737, 10822 ("The Bureau relies on its authority under sections 6(j)(3), 6(k)(1)(C), 6(k)(1)(E) and 19(a) of RESPA to establish final rules setting forth obligations on servicers to comply with the loss mitigation procedures in § 1024.41").

30. Section 1024.41(g) states in relevant part:

**(g) Prohibition on foreclosure sale.** If a borrower submits a complete loss mitigation application after a servicer has made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process but more than 37 days before a foreclosure sale, a servicer shall not move for foreclosure judgment or order of sale, or conduct a foreclosure sale, unless:

**(1)** The servicer has sent the borrower a notice pursuant to paragraph (c)(1)(ii) of this section that the borrower is not eligible for any loss mitigation option and the appeal process in paragraph (h) of this section is not applicable, the borrower has not requested an appeal within the applicable time period for requesting an appeal, or the borrower's appeal has been denied;

**(2)** The borrower rejects all loss mitigation options offered by the servicer; or

**(3)** The borrower fails to perform under an agreement on a loss mitigation option.

31. Section 1024.41(g) of Regulation X prohibits a servicer from, among other things, proceeding with a foreclosure sale if the borrower is performing under an agreement on a loss mitigation option.
32. The CFPB's authority to prescribe such regulations under Section 2605(k)(1)(E), is stated in Section 2617 of RESPA: "The [CFPB] is authorized to prescribe such rules and regulations, to make such interpretations, and to grant such reasonable exemptions for classes of transactions, as may be necessary to achieve the purposes of this chapter." 12 U.S.C. § 2617.
33. Defendants have willfully failed to or refused to comply with 12 C.F.R. § 1024.41(g) in that Defendants failed to cancel the foreclosure sale even though they had approximately 4 months to do so from the date of accepting Plaintiff's first modified payment up to the date of the foreclosure sale.
34. Defendants willfully or negligently failed to stop the foreclosure sale while Plaintiff was approved for and had made 4 payments under a loan modification.
35. Defendants do not meet any of the exceptions under Section 1024.41(g)(1), (2), or (3).
36. As such, Defendants have violated 12 U.S.C. § 2605(k)(1)(E).
37. Plaintiff has hired The Law Office of Emil Fleysher, P.A., for legal representation in this action and has agreed to pay a reasonable attorney's fee.
38. Plaintiff is entitled to actual damages as a result of Defendants' failure to comply with Regulation X and RESPA, pursuant to 12 U.S.C. § 2605(f)(1)(A), including but not limited to: (1) photocopying costs and postage costs incurred in mailing Plaintiff's RFI; and (2) photocopying costs, postage costs, and reasonable attorney's fees incurred as a result of having to send additional correspondences due to Wells Fargo's failure to vacate the certificate of sale and certificate of title. *See Almquist v. Nationstar Mortg., LLC*, Case No 14-81178-CIV-RYSKAMP/HOPKINS at *5 (S.D. Fla 2014)(the Court finding that actual damages includes photocopying and postage costs, and attorneys' fees incurred as a result of loan servicer's noncompliance with REPSA); *Marais v. Chase Home Finance, LLC*, 24 F.Supp.3d 712 (S.D. Ohio 2014)(the court, on remand, finding that actual damages encompass costs incurred in "all expenses, costs, fees, and injuries" attributable to servicer's failure to

appropriately respond to QWR); *Cortez v. Keystone Bank, Inc.*, 2000 WL 536666, *12 (E.D. Pa. 2000)(the court finding that actual damages encompass compensation for pecuniary loss); *Rawlings v. Dovenmuehle Mortg., Inc.*, 64 F.Supp.2d 1156, 1164 (M.D. Ala. 1999)(the court finding that actual damages include costs for correspondence and travel).

39. Plaintiff is entitled to statutory damages pursuant to 12 U.S.C. § 2605(f)(1)(B), as a result of Wells Fargo's pattern or practice of noncompliance with Regulation X and RESPA.

40. Moreover, Plaintiff's counsel can demonstrate numerous correspondences sent to Wells Fargo & nationstar, relating to other clients under the applicable statutes, in which Wells Fargo and Nationstar have failed to acknowledge or adequately respond as required by law.

41. Plaintiff is entitled to the costs of this action, together with a reasonable attorney's fee as determined by the court, pursuant to 12 U.S.C. § 2605(f)(3).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, ST CHARLES MERICE, respectfully asks this Court to enter an order granting judgment for the following:

a. That Defendants take affirmative action to vacate the certificate of title and sale;

b. For actual damages, statutory damages, costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692(k) and Florida Statutes § 559.77(2); and

c. For actual damages, statutory damages, costs and reasonable attorney's fees, pursuant to 12 U.S.C. § 2605(f); and

d. Such other relief to which this Honorable Court may deem just and proper.

e. Plaintiff, ST CHARLES MERICE, hereby demands a trial by jury of all issues so triable.

Respectfully,

/s/ Emil Fleysher_____
Emil Fleysher, Attorney for Debtor
The Law Office of Emil Fleysher, P.A.
715 East Hillsboro Blvd. Suite 100
Deerfield Beach, FL 33441
Phone: (954) 484-9987
Fax: (954) 949-9171
Email: emil@fleysherlaw.com


EXHIBIT "A"



**Nationstar** MORTGAGE
P.O. BOX 630268
Irving, TX 75063

December 5, 2014

0-692-09879-0000027-001-2-000-000-000-000

ST MERICE
WISLEINE MERICE
301 SW 5TH LN
BOYNTON BEACH FL  33435-5555

Loan #: 0618562979
Property Address:   301 SW 5TH LN
BOYNTON BEACH FL 33435

## HELPING YOU STAY IN YOUR HOME.



MAKING HOME AFFORDABLE

Dear ST MERICE & WISLEINE MERICE:

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments.  Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

### To Accept this Offer

You must contact us at (888) 850-9398 EXT. 4670521  or in writing at Nationstar Mortgage LLC, P.O. Box 630268, Irving, *TX* 75063, by no later than 14 calendar days from the date of this letter to indicate your intent to accept this offer. In addition, you must make your first Trial Period Plan payment by 1/1/2015.

### What you need to do…

In acceptance of this offer, you must make new monthly "trial period payments" in place of your normal monthly mortgage payment.  Send your monthly trial period payments—instead of your normal monthly mortgage payment—as follows:

| | |
|---|---|
| 1st payment: $1,896.65 | due 1/1/2015 |
| 2nd payment: $1,896.65 | due 2/1/2015 |
| 3rd payment: $1,896.65 | due 3/1/2015 |

After all trial period payments are timely made and you have submitted all the required documents, your mortgage would then be permanently modified.  (Your existing loan and loan requirements  remain in effect and unchanged during the trial period.)  **If each payment is not received by Nationstar Mortgage LLC in the month in which it is due, this offer will end and your loan will not be modified under the Making Home Affordable program.**

If you have any questions or if you cannot afford the trial period payments shown above but want to *remain in your* home, or if you have decided to leave your home but still want to avoid foreclosure, your Dedicated Loan Specialist is Sandra Cline and can be reached at (888) 850-9398 EXT. 4670521, Monday through Friday, between 8:00 a.m. and 7:00 p.m. (CT), and Saturday, between 8:00 a.m. and 12:00 p.m. (CT) or via mail at the above listed mailing address. The "Frequently Asked Questions" document will also provide you with valuable information. **Please see page 6** for additional Loss Mitigation Workout information.

**For additional information, visit MyNationstar.com**

Sincerely,
Nationstar Mortgage LLC

Attachments: (1) Frequently Asked Questions; (2) Additional Trial Period Plan Information and Legal Notices; (3) Trial Period Plan Notice  (Verified Income) and Workout Mitigation Workout Information Form

*The Making Home Affordable program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we — your mortgage servicer — and the Federal Government are working to offer you options to help you stay in your home.*


EQUAL HOUSING LENDER

TPPH_0913      Page 1      HMP24  Rev 0510

RECEIPT / RECIBO
Thank you / Gracias

TRACKING NUMBER (MTCN) /
NO. DE CONTROL DEL ENVIO:
577-392-0492

For Customer Service, please call
1-800-325-6000 / Para comunicarse con el
servicio de atencion al cliente, llame al:
1-800-325-6000

My WU Number / Numero de Tarjeta 427652218
Total Points/ Puntos Totales: 127

PUBLIX #1405
501 SE 18TH AVE
BOYNTON BEACH FL 33435

Payments / Servicio de Pago de Facturas
CASH / Dinero en Efectivo

Operator ID / No. ID del Operador: 414

Date of Transaction/Fecha de Transaccion:
April 13, 2015 / Abril 13, 2015

Time of Transaction / Hora de la Transaccion:
542P EDT

Sender/Remitente:
WISLENE MERICE
301 SW 5 LANE
BYNTN BCH FL 33435

Receiver/ Destinatario:
NATIONS AR MORTGAGE ,STAR TX

Account # / No. de Cuenta:
061856 (Partial/Parcial)

Code City / Codigo de la Ciudad:
AS AR TX

Reference # / No. de Referencia:

...

... Location / Localidad donde

AS AR ,UNITED STATES

Service Type / Tipo de ...
Urgent

Transfer /                          1850.00 USD
Cantidad ...

... ter F             18.50 USD
  IS ;      ...

...                    0.00 USD
   Add ...

It ...                 0.00 USD
               to:

Promotion/             0.00 USD
Descuent  Codigo ...

Total                  1918.15 USD

Total to Receiver: / Total al Destinatario:

                       1896.8 ...

For inquiries or ...          ... write to: /
Para consultas o comentar ...



## RECEIPT / RECIBO
Thank you / Gracias

TRACKING NUMBER / MTC.
NO. DE CON ROL:
188... 3424

For Customer Service, please call
1-800-325-6000 / Para comunicarse con el
servicio de atencion al cliente; llame al:
1-800-325-6000

My WU Number / Numero de Tarjeta 427652218
Total Points/ Puntos totales: 108

PUBLIX #1405
501 SE 18TH AVE
BOYNTON BEACH FL 33435

Payments / Ser... de Pago de Facturas
CASH / Dinero en E...

Operator ID / No. ID del Operador: 425

Date of Transaction/Fecha de Transaccion:
February 28, 2015 / Febrero 28, 2015

Time of Transaction / Hora de la Transaccion:
1015P EST

Sender/Remitente:
WISLENE MERICE
301 SW 5 LANE
BYNTN BCH FL 33435

Receiver/ Destinatario:
NATIONSTAR MORTGAGE ASTAR TX

Account # / No de Cuenta:
061856 (Partial/Parcial)

Code City / Codigo de la Ciudad:
ASTAR TX

Reference # No. de Referencia:

Attention / Atencion:

Expected Payout Location / Localidad donde Espera... Pag...
ASTAR TX, ,UNITED STATES

Service Type / Tipo de Servici :
Urgent

| | |
|---|---|
| Transfer Amount / Cantidad de Envio: | 1896.65 USD |
| Transfer Fees / ...os por Envio: | 18.50 USD |
| Additional Fees / Cargos A... es: | 0.00 US... |
| Transfer Taxes / Impue... de E...: | .00 U... |
| Promo... ...: | C... ... |
| Total: | |
| Tot... | ... |

*[faded/illegible form fields and signature area]*

Your Signature / Su Firma

IN ADDITION TO THE TRANSFER FEE, WESTERN
UNION ALSO MAKES MONEY WHEN IT CHA  'S
YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE
S    ERSE SID  OR MORE INFORMATION
EXCHANGE RATE FOR YOUR TRANSACTION WAS
DETERMINED AT THE TIME YOU SENT THE MONEY,
THE CURRENCY TO BE PAID OUT AND THE EXCHANGE
RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE
EXCHANGE RATE WILL BE SET WHEN THE RECEIVER
RECEIVES THE FUNDS.

ADEMAS DE LOS CARGOS POR EL SERVICIO DE
TRANSFERENCIA, WESTERN UNION TAMBIEN GANA
DINERO CUANDO CAMBIA SUS DOLARES A MONEDA
EXTRANJERA. POR FAVOR LEA AL REVERSO MAS
INFORMACION SOBRE EL CAMBIO DE MONEDA. SI EL
TIPO DE CAMBIO PARA SU TRANSACCION FUE FIJADO
EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA
MONEDA EN LA QUE SE HARA EL PAGO Y EL TIPO
DE CAMBIO SE INDICAN EN EL RECIBO. DE LO
CONTRARIO, EL TIPO DE CAMBIO SE FIJARA CUANDO
EL DESTINATARIO RECIBA LOS FONDOS.

By using your My WU number, you agree to the My WU T&Cs
at wu.com/us/mywu/tc

Al utilizar su numero My WU, usted esta aceptando el My WU T&C
en wu.com/us/mywu/tc

*****************************
As of January 31, 2015, My WU Free Phone Time
will no longer be offered.
Free Phone Time Customers can use their
existing minutes thru April 30, 2015.
If you have questions please call the Western
Union CSC at 877-984-0469.
**********

**********
We value your opinion!

Go to westernunion.com/listens to tell us about

our service.

# RECEIPT / RECIBO
Thank you / Gracias

## TRACKING NUMBER (TCN) / NO. DE CONTROL ENVIO:
**767-328-5765**

For Customer Service, please call
1-800-325-6000 / Para comunicarse con el
servicio de atención al cliente, llame al:
1-800-325-6000

My WU Number: 1a 223695065
Total: 

P...

Operator / No.

01 Fecha/Fecha de Transacción:
Jan 21, 2015 / Enero 21, 2015

Time of Transaction / Hora de la Transacción:
10:09 CST

Sender / Remitente:
ST CHARLES A MERITT
301 SW 5TH AVE
BOYNTON BEACH FL 33435

Receiver / Destinatario:
NATIONSTAR MORTGAGE ASTAR TX

Account # / No. de Cuenta:
061856 (Partial/Parcial)

Code City / Código de la Ciudad:
ASTAR TX

Reference # / No. de Referencia:

Attention / Atención:

Expected Payout Location / Localidad donde
será pagado:
ASTAR TX

Service Type / Tipo de servicio:
Urgent

| | |
|---|---|
| Transfer Amount/ Cantidad de Envío: | 1897.00 USD |
| Transfer Fees / Cargos por Envío: | + 12.99 USD |
| Additional Fees/ Cargos Adicionales: | + 0.00 USD |
| Transfer Taxes/ Impuestos de Envío: | + 0.00 USD |
| Promotion Discount/ Descuento Promocional: | 0.00 USD |
| Total: | 1909.99 USD |

Total to Receiver: / Total al Destinatario:

1897.00 USD

for inquiries or comments in English, please write.
Para consultas o comentarios en espanol, escriba a:
WESTERN UNION FINANCIAL SERVICES, INC.
P.O. Box 6036, Englewood, CO 80112
FOR CUSTOMER SERVICE, PLEASE CALL
1-800-325-6000 / PARA SERVICIO DE ATENCION AL
CLIENTE, LLAME AL 1-800-325-6000

By signing this receipt, You agree that You have reviewed
the information set forth above, and that this information is
accurate. You further acknowledge that You have received
a copy of the Terms & Conditions, and that You agree to these
Terms & Conditions.

Al firmar este recibo, Usted reconoce que ha revisado la
informacion establecida arriba, y que dicha informacion es
correcta, asi mismo Usted reconoce que ha recibido una
copia de los Terminos y Condiciones, y que Usted esta
de acuerdo con esos Terminos y Condiciones.

---
Agent Signature / Su Firma de Agente

---
Your Signature / Su Firma

IN ADDITION TO THE TRANSFER FEE, WESTERN
UNION ALSO MAKES MONEY WHEN IT CHANGES
YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE
SEE REVERSE SIDE FOR MORE INFORMATION
REGARDING CURRENCY EXCHANGE. IF THE
EXCHANGE RATE FOR YOUR TRANSACTION WAS
DETERMINED AT THE TIME YOU SENT THE MONEY,
THE CURRENCY TO BE PAID OUT AND THE EXCHANGE
RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE
EXCHANGE RATE WILL BE SET WHEN THE RECEIVER
RECEIVES THE FUNDS.

ADEMAS DE LOS CARGOS POR EL SERVICIO DE
TRANSFERENCIA, WESTERN UNION TAMBIEN GANA
DINERO CUANDO CAMBIA SUS DOLARES A MONEDA
EXTRANJERA. POR FAVOR LEA AL REVERSO MAS
INFORMACION SOBRE EL CAMBIO DE MONEDA. SI EL
TIPO DE CAMBIO PARA SU TRANSACCION FUE FIJADO
EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA
MONEDA EN LA QUE SE HARA EL PAGO Y EL TIPO
DE CAMBIO SE INDICAN EN EL RECIBO. DE LO
CONTRARIO, EL TIPO DE CAMBIO SE FIJARA CUANDO
EL DESTINATARIO RECIBA LOS FONDOS.

By using your My WU number, you agree to the My WU T&Cs
at wu.com/us/mywu/tc

Al utilizar su numero My WU, usted esta aceptando el My WU T&C
en wu.com/us/mywu/tc

*844 7608307*
*Nationstar*
*1896.*

# WESTERN UNION

## RECEIPT/RECIBO
### Thank you/Gracias

TRACKING NUMBER (MTCN)/
NO DE CONTROL DEL ENVIO
844 760-8307

For Customer Service please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente llame al 1-800-325-6000

Gold Card (Tarjeta Dorada) #: WU - #47652238
Total Points/Puntos totales: 95

CHECK CASHING USA #437
138 W BOYNTON BEACH BLVD FL

Payments/Servicio de Pago de Facturas
CASH

Operator #/No. # del Operador - 110

Date of Transaction/Fecha de Transacción
January 06, 2015/enero 06, 2015

Time of Transaction/Hora de Transacción
12:22 PM EST

Sender/Remitente
WISLENE MERICE
301 SW 5 LANE BYNTN BCH FL 33435 USA
561/591096/ 5612004624

Receiver/Destinatario
NATIONSTAR MORTGAGE

Account #/                              ......2979
No de Cuenta

Code City/                              ASTAR TX
Código de la Ciudad

Reference #/                            NONE
No de Referencia

Expected Payout Location/
Localidad donde Esperan Pago
United States

Service Type/Tipo de servicio
Urgent

Transfer Amount/                        1896.65 USD
Cantidad de Envío

Transfer Fees/                          12.95 USD
Cargos x

Additional
Cargos Adicionales                      0

Transfer Tax/                           0.00 USD
Impuestos

                                        USD

CARTERAS MÓVILES: Cuando se encuentre disponible Western Union le permitirá que sus envíos se acrediten a la cuenta bancaria ("Cuenta bancaria"), tarjetas de prepago o de crédito ("Tarjetas"), cuenta de telefonía móvil ("MWallet") del Beneficiario similar. El Proveedor de la cuenta podría imponer restricciones adicionales al Receptor para recibir los fondos en una Cuenta. A menos que sea requerido por ley aplicable, Western Union no acepta ninguna responsabilidad con Usted o cualquier titular de la Cuenta, por cualquier tarifa impuesta al Receptor por el proveedor de la Cuenta. Si la tasa que Usted escogió para enviar a una cuenta no es la tasa en la que la Cuenta se determinó, el proveedor de la Cuenta puede convertir los fondos a su propia tasa de cambio o rechazar la transferencia. El acuerdo del Beneficiario con el Proveedor de la cuenta contiene las disposiciones respecto de los derechos, responsabilidades y cargos (incluidos los cargos para transferir dinero desde su tarjeta o cuenta de telefonía móvil (MWallet)) y el Proveedor de la cuenta podría imponer restricciones adicionales sobre la disponibilidad de los fondos, limitaciones en la cantidad que se puede transferir o mantener en la Cuenta, horarios de atención al cliente, días feriados u otras restricciones. Generalmente, el Beneficiario debe estar inscrito en un programa de tarjeta o cuenta de telefonía móvil (MWallet) para recibir una transferencia. Un Beneficiario que no esté inscrito en un programa de tarjeta o cuenta de telefonía móvil (MWallet) podrá recibir fondos en una localidad de un Agente autorizado de Western Union y dicho cobro podrá estar sujeto a requisitos adicionales. Western Union podrá obtener ganancias de los cargos asociados con el uso de una tarjeta o cuenta de telefonía móvil (MWallet). Ni Western Union ni sus Agentes apoyan o recomiendan ningún servicio de Proveedor de tarjeta o mWallet.

**AVISO IMPORTANTE PARA TRANSFERENCIAS A CUENTAS BANCARIAS:** ASEGÚRESE QUE EL NÚMERO DE CUENTA, DETALLES BANCARIOS Y MONEDA SELECCIONADA ESTÉN CORRECTAS ANTES DE ENVIAR. SI EL NÚMERO DE CUENTA O LOS DETALLES BANCARIOS SON INCORRECTOS, EL DINERO PUEDE SER ENVIADO A LA CUENTA BANCARIA EQUIVOCADA Y NO PUEDA SER RECUPERADO.

**AVISO IMPORTANTE PARA TRANSFERENCIAS A TARJETAS Y MWALLETS:** ASEGÚRESE QUE EL NÚMERO DE TARJETA O DE TELÉFONO ES CORRECTO ANTES DE ENVIAR. DE OTRA FORMA, ES POSIBLE QUE EL DINERO SE ENVÍE A LA TARJETA O MWALLET EQUIVOCADA Y NO PUEDA SER RECUPERADO SUJETO A LEY APLICABLE.

**8. DISPOSICIONES GENERALES:** Este Acuerdo, al igual que todos los términos incorporados por referencia, contiene el convenio completo entre todas las partes. Esto reemplaza todo convenio previo y no puede ser modificado oralmente. Western Union tiene el derecho de ceder este Acuerdo a algún tercero, en cualquier momento, sin su consentimiento. A este Acuerdo lo rigen las leyes del estado de Colorado sin incluir sus reglamentos en cuanto a conflictos que surjan en la aplicación de diferentes leyes. La invalidez de cualquier término del Acuerdo no invalida ningún otro término. Los Servicios van dirigidos únicamente a personas mayores de 18 años. La versión en inglés predomina si hubiera cualquier conflicto entre las versiones en el inglés y las versiones en cualquier otro idioma del Acuerdo. Usted y el Beneficiario declaran que el uso de los Servicios no infringe: (a) ninguna ley, incluyendo sin limitaciones cualquier ley relacionada con el lavado de dinero, apuestas de juego ilegales, apoyo para actividades terroristas y fraude; yo (b) los términos de este Acuerdo. La información que se le proporcione a Western Union deberá ser verídica y completa. Usted indemnizará a Western Union y a sus Agentes por toda pérdida de cualquier índole (incluyendo honorarios legales) que surja de todo incumplimiento del Acuerdo de parte de Usted o del Destinatario. Western Union se reserva el derecho de cambiar los Servicios sin aviso previo. Western Union y sus Agentes podrán negarse a brindar el Servicio a cualquier persona.

**9. POLÍTICAS DE PRIVACIDAD DE WESTERN UNION:** Western Union podría divulgar Su información personal a terceros como se explica en la Declaración de Privacidad de Western Union (WU), Declaración de Privacidad de Vigo (Vigo) o la Declaración de Privacidad de Orlandi Valuta (Orlandi Valuta), según aplique; para obtener una copia, pídala a Su Agente, visite www.westernunion.com (WU), www.vigousa.com (Vigo) o www.orlandivaluta.com (Orlandi Valuta), o llame al 1-800-562-2598 (WU), 1-866-519-0433 (Vigo) o 1-800-515-5505 (Orlandi Valuta). La información revelada puede incluir sus antecedentes financieros, información de contacto, identificación, información sobre las transacciones que realice con nosotros y otra información relacionada con cuestiones financieras. Entre los destinatarios de esta información se incluyen, entre otros, instituciones financieras, comercios, empresas que procesan transacciones o nos proporcionan otros servicios, organismos gubernamentales y comerciantes directos. Usted puede pedirnos que limitemos la divulgación de cierta información a algunas de estas partes. El modo que usted haya elegido para limitar la divulgación de cierto tipo de información se observará hasta que nos comunique su intención en otro sentido o que borremos su información de nuestros sistemas. Para limitar la forma en que se revela Su información (opción de exclusión), llame al 1-800-562-2598 (WU), 1-866-519-0433 (Vigo) o 1-800-515-5505 (Orlandi Valuta).

**10. ALERTA CONTRA FRAUDE: PROTÉJASE DEL FRAUDE AL CONSUMIDOR. SEA CUIDADOSO CUANDO UN EXTRAÑO LE SOLICITE QUE LE ENVÍE DINERO, ESPECIALMENTE PARA LAS SUBASTAS DE INTERNET, OFERTAS EN EL PERIÓDICO O TELEFÓNICAS.** Western Union no garantiza ni la entrega ni la calidad de los bienes o servicios pagados a través de los Servicios. Western Union no presta servicios de cuentas de depósito en garantía. Usted y el Beneficiario acuerdan que no utilizarán los Servicios para el propósito de establecer cuentas de depósito en garantía.

7754 REV. 6/13

**1. WESTERN UNION ("WU") MONEY TRANSFER® SERVICES, VIGO ("VIGO") MONEY TRANSFER SERVICES AND ORLANDI VALUTA ("ORLANDI VALUTA") MONEY TRANSFER SERVICES ("SERVICES") ARE PROVIDED BY WESTERN UNION FINANCIAL SERVICES, INC. (THE "COMPANY") TYPICALLY THROUGH A WU, VIGO, OR ORLANDI VALUTA AGENT ("AGENT") AND ARE SUBJECT TO THESE TERMS AND CONDITIONS ("AGREEMENT") AND APPLICABLE LAW.** Additional information regarding the Services may be obtained at www.westernunion.com, www.vigousa.com and www.orlandivaluta.com. According to the Services you choose. Service and funds availability depends on certain factors including the Service selected, the selection of delivery options, special terms applicable to each Service, amount sent, destination country, currency availability, regulatory issues, consumer protection issues, identification requirements, delivery restrictions, agent location hours, and differences in time zones (collectively, "Restrictions"). The designated recipient ("Receiver") may generally receive funds sent by the Company consumer ("You") at Agent locations in the Expected Payout Location. For transactions sent within the U.S., the Expected Payout Location generally means any Agent location in the destination state or U.S. territory You identify. For transactions sent outside the U.S., Expected Payout Location generally means any Agent location in the destination country You identify. The Services offered by Telecomunicaciones de Mexico ("Telecomm") are only available at Telecomm locations. Receiver will normally receive funds sent by You in cash, check, or a combination thereof; with some Services, funds may be credited to a bank, prepaid or credit card, mobile wallet, or similar account. Receiver may be able to elect a payout method that differs from the payout method You specify; You authorize the Company to honor Receiver's election of payout method. Receivers who choose to receive funds through a payout method other than cash or in a currency other than the one You selected may incur additional fees to access funds. Certain countries and/or jurisdictions may impose a tax, fee and/or tariff on Receiver's receipt of, or access to, transferred funds. Transactions: (i) which exceed certain amounts; (ii) to certain destinations; (iii) that implicate certain regulatory issues or consumer protection issues; or (iv) sent through delayed options may take longer, be subject to dollar limits or be subject to additional Restrictions. Transactions may be reported to applicable authorities. Messaging and notification services may be included for additional fees. In some destinations Receiver may be required to provide identification, a test question answer or both to receive funds in cash. Test questions are not an additional security feature and cannot be used to time or delay the payment of a transaction and are prohibited in certain countries. THE COMPANY RELIES ON THE INFORMATION YOU PROVIDE US TO SEND MONEY. PLEASE REVIEW ALL TRANSACTION DETAILS FOR ACCURACY BEFORE CONTINUING YOUR TRANSACTION.

**2. ADMINISTRATION CHARGE:** Transactions not picked up or canceled by You within one year of the send date will be assessed a non-refundable administration charge of up to fifty cents per month from the send date, not to exceed forty-two dollars, which will be deducted from the amount sent (or where such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law).

**3. REFUNDS:** Subject to applicable law: (i) transfers may be canceled for a refund of the principal amount, unless the funds have been picked up or deposited at the time the Company receives Your written request; (ii) for certain services, excluding the Company's bill payment and prepaid products and services, the Company may provide a transfer fee refund if funds are not available within the specified timeframe; and (iii) the Company may charge You a fee to refund the principal amount back to You in those instances where Receiver rejects Your funds. Qualifying refunds for transfers that begin and end in the United States will be made within 45 days of receipt of Your valid written request. The Company may issue Your refund through a WU money transfer or the Company may issue the refund to the credit or debit card that was used to pay for the transaction. In lieu of receiving the refund by WU money transfer, You may request the Company to mail You a check in the amount of the refund. Where required by law, refunds associated with certain international transfers may be eligible for different treatment.

SPECIAL TERMS FOR INTERNATIONAL TRANSFERS: Notwithstanding the foregoing, and subject to